IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISABELLE FORD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:04-0366 ) JUDGE KNOWLES ) |
| STATE OF TENNESSEE, DEPARTMENT OF ENVIRONMENT AND CONSERVATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 24) is hereby DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge